UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 6, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIM DAVID TRAVIS<br><br>Defendant. | Case No. 2:19-mj-00182-EFB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JIM DAVID TRAVIS</u> Case No. <u>2:19-mj-00182-EFB</u> Charges <u>18 USC § 922(g)</u> from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $  50,000

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

__X__ (Other): <u>Pretrial Supervision conditions as stated on the record in open court.</u>

Issued at Sacramento, California on November 6, 2019 at 2:00 PM

By: _/s/ Kendall J. Newman_
Magistrate Judge Kendall J. Newman